44 207
100 255

JOHN MAYBEE v. LESTER MINER, DRAIN COMMISSIONER.

*Certiorari—Motion to quash.*

Questions touching the merits on *certiorari* must be brought up on the hearing of the cause, and will not be considered on notice to quash.

Motion to quash *certiorari* as improvidently issued. Submitted and decided June 15. Motion denied.

*G. T. Gridley* for the motion.